UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-32824 |
| | ) | |
| **Sandy K. Rollins,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

### NOTICE OF MOTION

TO: See attached list

On January 13, 2021, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
    **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
    **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
    **Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728** – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                               Movant: Sandy K. Rollins
                                               By: Michael R. Colter, II
                                               David M. Siegel & Assoc., LLC
                                               790 Chaddick Drive
                                               Wheeling, IL 60090
                                               (847) 520-8100
                                               mcolter@davidmsiegel.com

### CERTIFICATE OF SERVICE

    I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 22, 2020, at 5:00 p.m.

                                                        /s/ Michael R. Colter, II
                                                          Michael R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Sandy K. Rollins
626 W. 47th Place
Chicago, IL 60609

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Peoples Gas Light and Coke Co.
200 East Randolph Street
Chicago, IL 60601

Commonwealth Edison Company
Attn: Bankruptcy Department
1919 Swift Drive
Oakbrook Terrace, IL 60523

Pinnacle Credit Services, LLC assignee of
Cellco Partnership dba Verizon Wireless
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 17-32824 |
| | ) | |
| **Sandy K. Rollins,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Sandy K. Rollins**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On November 1, 2017, the Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan currently requires monthly payments of $175.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) The Debtor's confirmed Plan contains the following language which deals with the tax refund policy of the Trustee Marilyn O. Marshall's office:

> Debtor will be required to turnover to the Trustee a copy of his Federal income tax return each year by April 20, beginning the year after his plan is confirmed. Debtor is required to turn over to the Trustee their tax refunds that exceed $1,200.00 by June 30, beginning the year after his plan is confirmed.

5) Debtor received a tax refund for the year 2019 in the amount of $1,704.00. The debtor is a single mother. She used her refund for necessities during the ongoing pandemic. The Debtor has provided a signed affidavit attached to this motion (Exhibit A).

6)     The Debtor seeks to modify her plan under § 1329 and waive her requirement to provide the portion of her 2019 tax refund above $1,200.00 to her creditors as an additional payment. This results in the Debtor waiving the duty to pay $504.00 to the trustee after keeping the first $1,200.00.

7)     The Debtor seeks these modifications without the intent to commit fraud. The Debtor has consistently paid the trustee on time.

WHEREFORE, the Debtor, Sandy K. Rollins, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                                          Respectfully Submitted,

                                          <u>/s/ Michael R. Colter, II</u>
                                          Michael R. Colter, II, A.R.D.C. #6304675
                                          Attorney for the Debtor